IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARLEYSVILLE WORCESTER INSURANCE COMPANY | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 20-4863 |
| | : | |
| GATEWAY PETROLEUM TECHNOLOGY INC., ET AL. | : : | |

# ORDER

**AND NOW**, this  30th  day of   September  , 2021, upon consideration Harleysville Worcester Insurance Company's Motion for Judgment on the Pleadings (ECF No. 42), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**